THANK YOU

02-28 23

02 *2 29 TX 1

*2 29 ST

*0 19 TX 1

*2 48 TL

*5 00 CA

*2 52 CG

000-7 24

* 7 47