
PINEMONT